# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **BRANDON M. POCHA,** Defendant. | 17-PO-05295-GF-JTJ <br><br> VIOLATION: FATH001J <br> Location Code: M7 <br><br> ORDER |

Based upon the United States motion to dismiss the above violation due to lack of evidence, and for good cause shown,

IT IS ORDERED that violation FATH001J is DISMISSED.

DATED this 8th day of April, 2019.

_____
John Johnston
United States Magistrate Judge